WALTER M. BAKER and CARL RUSSELL, Respondents, v. ROBBINS-RIPLEY CORPORATION, Appellant.— This motion is referred to Hon. Isaac M. Kapper, official referee, to take proof and to report to this court with his opinion as to

whether or not the notice of appeal was served on November 27, 1936. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.